IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY KNAPP | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | 22-cv-03758-RAL |
| THOMPSON GROUP, INC., et al | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 19th day of December 2023, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 19), Plaintiff's Response (Doc. No. 23), and Defendants' Reply (Doc. No. 26), for the reasons explained in the Memorandum Opinion filed with this Order, it is **ORDERED** as follows:

1. Summary Judgment is **GRANTED** on Counts I and III.

2. Summary Judgment is **GRANTED** on the Count II FMLA interference claim.

3. Summary Judgment is **DENIED** on the Count II FMLA retaliation claim.

BY THE COURT:

   /s/ Richard A. Lloret
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**