IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY KNAPP,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-3758 |
| | : | |
| **THOMPSON GROUP, INC., et al.,** | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this \_\_\_21ST\_\_\_ day of May, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Allison Aileen Barker, Esquire
W. Charles Sipio, Esquire
Ari Risson Karpf, Esquire
Steven E. Hoffman, Esquire
Shanna R. Fegely, Esquire